NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH SEDLOCK,                         )
                                        )
                Appellant,              )
                                        )
v.                                      )        Case No. 2D18-1404
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____ )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender, and
Mihaela Cabulea, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.